UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY J. WILLIBY,<br><br>    Plaintiff,<br><br>v.<br><br>ALPHABET CORPORATION, et al.,<br><br>    Defendants. | Case No. 18-cv-05986-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jon S. Tigar for consideration of whether the case is related to *Williby v. Alphabet Corporation*, 3:18-cv-04903-JST.

**IT IS SO ORDERED.**

Dated: 10/05/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge