UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY J. WILLIBY,<br><br>Plaintiff,<br><br>v.<br><br>ALPHABET CORPORATION, et al.,<br><br>Defendants. | Case No. 18-cv-05986-JST<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE**<br><br>Re: ECF No. 16 |

Plaintiff Harry J. Williby, representing himself, filed this case against a panoply of defendants, including Alphabet Inc., Viacom Inc., Apple Corps Ltd., Sony Corporation, The Hearst Corporation, The Walt Disney Company, Sheryl Sandberg, and the German media company Tele München Fernseh GmbH + Co Produktionsgesellschaft, among others. ECF No. 2. He sought damages of $3,500,000,000. *Id.*

On October 12, 2018, the Court granted pro se Plaintiff Harry Williby's in forma pauperis application. ECF No. 15. Because the Court determined that Williby's complaint lacked any arguable basis in law or fact, the Court dismissed the complaint with leave to amend within thirty days. *Id.* at 2. Williby filed an amended complaint on November 9, 2018. ECF No. 16.

As the Court previously observed, it is under a continuing duty to dismiss a case whenever it determines that the action "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B). "[S]ection 1915(e) not only permits but requires a district court to dismiss an in forma pauperis complaint that fails to state a claim." *Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000) (en banc).

After careful review of the allegations set forth in the amended complaint, the Court

concludes that Williby has failed to cure the deficiencies identified in the Court's prior order. "Because any amendment would be futile, there is no need to prolong the litigation by permitting further amendment." *Chaset v. Fleer/Skybox Int'l, LP*, 300 F.3d 1083, 1088 (9th Cir. 2002).

Williby's complaint is thus DISMISSED WITH PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Williby may not pursue this claim further.

**IT IS SO ORDERED.**

Dated: November 19, 2018



JON S. TIGAR
United States District Judge